

COMPLAINT EXHIBIT C - Page 1/2
07 CIV 4842





EXHIBIT C  Page 2/2