UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** Artistry Fabrics, Inc.
d/b/a Hamil Textiles

-v-

**Defendant** The Cato Corporation, Cato Stores, Inc. and Degga's, Inc. d/b/a Red Hot

JUDGE LYNCH

Case No. 07 CIV 48

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Plaintiff__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.



RECEIVED
JUN 07 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Date: 6/7/07

Signature of Attorney
Louis Fogel
Attorney Bar Code: 0627

Rule7_1.pdf