UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARTISTRY FABRICS, INC. d/b/a HAMIL
TEXTILES,

        Plaintiff,               CIVIL ACTION NO. 07 CIV. 4842 (GEL)

    -against-

THE CATO CORPORATION, CATO STORES,
INC. and DAGIA'S, INC. d/b/a/ Red Hot,

        Defendants.
------------------------------------------------------------X

## ACKNOWLEDGMENT OF AUTHORITY TO ACCEPT SERVICE AND RECEIPT AND ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT

I, Robert E. Hanlon, Esq., hereby declare the following under penalties of perjury:

1. I am an attorney duly licensed to practice in this Court and a member of the firm Alston & Bird LLP, attorneys for Defendants The Cato Corporation and Dagia's, Inc. d/b/a/ Red Hot, in this action.

2. I am authorized to accept service of the Summons and Complaint in this action on behalf of Defendants The Cato Corporation and Dagia's, Inc. d/b/a/ Red Hot.

3. I acknowledge receipt and accept service of the Summons and Complaint in this action on behalf of Defendants The Cato Corporation and Dagia's, Inc. d/b/a/ Red Hot on this 18th day of July, 2007.


DATED: NEW YORK, NEW YORK
        July 18, 2007

                                                Robert E. Hanlon (RH5754)