UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISTRY FABRICS, INC.<br>d/b/a HAMIL TEXTILES,<br><br>       Plaintiff,<br><br> v.<br><br>THE CATO CORPORATION,<br>CATO STORES, INC. AND DAGIA'S INC.<br>d/b/a RED HOT,<br><br>       Defendants. | Case No. 07 CV 4842 (GL)<br><br>**NOTICE OF APPEARANCE** |
| THE CATO CORPORATION and<br>DAGIA'S INC.,<br><br>       Counterclaim Plaintiffs,<br><br> v.<br><br>ARTISTRY FABRICS, INC.<br>d/b/a HAMIL TEXTILES,<br><br>       Counterclaim Defendants. | |

  PLEASE TAKE NOTICE that Robert E. Hanlon and Sarah C. Hsia appear as counsel on behalf of Defendants-Counterclaim Plaintiffs The Cato Corporation and Dagia's Inc., in the above-captioned proceeding.

Dated: New York, New York
   August 10, 2007

                /s/ Sarah C. Hsia
                Robert E. Hanlon (RH-8794)
                Sarah C. Hsia (SH-1030)
                Alston & Bird LLP
                90 Park Avenue
                New York, NY 10016
                (212) 210-9400