UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISTRY FABRICS, INC.<br>d/b/a HAMIL TEXTILES,<br><br>      **Plaintiff,**<br><br> v.<br><br>THE CATO CORPORATION,<br>CATO STORES, INC. AND DAGIA'S INC.<br>d/b/a RED HOT,<br><br>      **Defendants.** | Case No. 07 CV 4842 (GEL) |
| THE CATO CORPORATION and<br>DAGIA'S INC.,<br><br>      **Counterclaim Plaintiffs,**<br><br> v.<br><br>ARTISTRY FABRICS, INC.<br>d/b/a HAMIL TEXTILES,<br><br>      **Counterclaim Defendants.** | **DISCLOSURE OF INTERESTED<br>PARTIES PURSUANT TO FED. R.<br>CIV. P. 7.1** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Defendant-Counterclaim Plaintiff Dagia's Inc. certifies on behalf of the corporate entity that it has no parent corporation or shareholder of 10% or more of its stock that is a corporation which is publicly held.

Dated: New York, New York
    August 10, 2007

                   By: /s/ Robert E. Hanlon
                     Robert E. Hanlon (RH-8794)
                     Sarah C. Hsia (SH-1030)
                     ALSTON & BIRD LLP
                     90 Park Ave.
                     New York, New York 10016
                     (212) 210-9400
                     *Attorneys for Defendant-Counterclaim*
                     *Plaintiffs*