
539472

# AFFIDAVIT OF SERVICE

*FOGEL + WACHS*

COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN

INDEX NO: 4842/07
EPS NO: 524636

---

ARTISTRY FABRICS, INC., D/B/A HAMIL TEXTILES

Plaintiff(s)

- vs. -

THE CATO CORPORATION, CATO STORES, INC., DAGIA'S INC D/B/A
RED HOT

Defendant(s)

---

State of _NORTH CAROLINA_, County of _MECKLENBURG_ ss.: _JOSEPH S. HENRY_
being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on,
_July 24, 2007_ at approximately _3:40 PM_ at 8100 DENMARK ROAD, CHARLOTTE, NC 28273-5979 deponent
served the SUMMONS & COMPLAINT IN A CIVIL ACTION annexed on CATO STORES in the following manner:

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

[✓] **Corporation** — By delivering to and leaving with _MELANIE HOPPER_ who stated [ ]he [✓]she was authorized to accept on behalf of said corporation.

[ ] **Responsible Person** — By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the recipients [ ] dwelling place [ ] usual place of abode [ ] place of business within the State of New York.

[ ] **Affixing to Door** — By affixing a true copy thereof to the door of said premises, which is recipients [ ]dwelling place [ ]usual place of abode [ ]place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

[ ] **Mail** — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

[ ] **Description**

| | | | | |
|---|---|---|---|---|
| [ ] Male | [ ] White Skin | [✓] Black Hair | [ ] 14-20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [✓] Female | [✓] Black Skin | [ ] Brown Hair | [ ] 21-35 Yrs. | [ ] 5'0"-5'3" | [✓] 100-130 Lbs. |
| | [ ] Yellow Skin | [ ] Blond Hair | [✓] 36-50 Yrs. | [✓] 5'4"-5'8" | [ ] 131-160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] 51-65 Yrs. | [ ] 5'9"-6'0" | [ ] 161-200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

To my best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States. At time of service the index number and date of filing were on the **SUMMONS & COMPLAINT IN A CIVIL ACTION**

Sworn to before me on _7/25/07_

_James L. Burns_

_Joseph S. Henry_
Server

[Notary Seal: JAMES L. BURNS, NOTARY PUBLIC, MECKLENBURG COUNTY, N.C., My Comm. Exp. June 25, 2009]

NP

**ELITE PROCESS SERVERS * 88-08 Little Neck Parkway, Floral Park, NY 11001**