

EXHIBIT A to Complaint
07 CIV 4842