USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   ARTISTRY FABRICS, INC.,

                Plaintiff,

     -against-

   THE CATO CORP., et al.,

               Defendants.

------------------------------------------------------------x

07 Civ. 4842 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

     The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       August 14, 2008

                                            _____
                                              GERARD E. LYNCH
                                              United States District Judge