UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ARTISTRY FABRICS, INC.,

                Plaintiff,

    -against-

THE CATO CORP., et al.,

               Defendants.

-------------------------------------------------------------x

07 Civ. 4842 (GEL)

**ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/08

GERARD E. LYNCH, District Judge:

      On August 14, 2008, the Court issued an order of discontinuance upon the parties' settlement of all claims in this action, with leave to reopen within 30 days if the settlement was not consummated. The parties now having advised the Court that certain outstanding issues need to be resolved before the settlement may be consummated, it is hereby ORDERED that the parties shall have leave to reopen by October 14, 2008, if the settlement is not consummated.

SO ORDERED.

Dated: New York, New York
       September 10, 2008

                                              GERARD E. LYNCH
                                              United States District Judge